# UNITED STATES DISTRICT COURT
## for the
### Eastern District of North Carolina

FILED IN OPEN COURT
ON 3/21/2019 cp
Peter A. Moore, Jr., Clerk
US District Court
Eastern District of NC

United States of America
v.
Ryan Darrell Porter

)
)
)
) Case No: 5:08-CR-73-1BO
)
) USM No: 03818-088
)
Date of Original Judgment: August 25, 2008 )
Date of Previous Amended Judgment: _____ ) Joseph Craven
*(Use Date of Last Amended Judgment if Any)*        Defendant's Attorney

## ORDER REGARDING MOTION FOR SENTENCE REDUCTION
## PURSUANT TO 18 U.S.C. § 3582(c)(1)(B)

Upon motion of ☑ the defendant ☐ the Director of the Bureau of Prisons ☐ the court under 18 U.S.C. § 3582(c)(1)(B) for a modification of an imposed term of imprisonment to the extent otherwise expressly permitted by statute and as provided by Section 404 of the First Step Act of 2018, and having considered such motion, and taking into account the sentencing factors set forth in 18 U.S.C. § 3553(a), to the extent that they are applicable,

**IT IS ORDERED** that the motion is:
☐ DENIED. ☑ GRANTED and the defendant's previously imposed sentence of imprisonment *(as reflected in the last judgment issued)* of   144   months **is reduced to**   103 months   .

*(Complete Parts I and II of Page 2 when motion is granted)*

The term of supervised release is reduced to 4 years.

Time Served
TWB

If the amount of time the defendant has already served exceeds this sentenced, the sentence is reduced to a "Time Served" sentence, subject to an additional period of up to ten (10) days for administrative purposes of releasing the defendant.

Except as otherwise provided, all provisions of the judgment(s) dated  August 25, 2008,  shall remain in effect. **IT IS SO ORDERED.**

Order Date:   3-20-19          _____
                                           Judge's signature

Effective Date: _____   Terrence W. Boyle   Chief U.S. District Judge
*(if different from order date)*         Printed name and title